IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE LUKER #276254, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.  2:13-cv-315-TMH |
| ) | [wo] |
| DR. DAVID PAVLAKOVIC and ) | |
| NURSE ANISSA THOMAS ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 3, 2013 the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 6).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby transferred to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done this 20th day of August, 2013.

                                              /s/  Truman M. Hobbs
                                              TRUMAN M. HOBBS
                                              SENIOR UNITED STATES DISTRICT
                                              JUDGE